**EXHIBIT 1**

# NEW YORK STATE COURT OFFICERS ASSOCIATION

OFFICE OF THE PRESIDENT

   

NOVEMBER 4, 2019

MS. SHAWN KERBY
ASSISTANT DEPUTY COUNSEL
OFFICE OF COURT ADMINISTRATION
25 BEAVER STREET
NEW YORK, NEW YORK 10004

DEAR MS. KERBY:

PURSUANT TO THE FREEDOM OF INFORMATION I REQUEST YOU PROVIDE THE FOLLOWING:

1.) COPIES OF ALL INVOICES, CONTRACTS, EMAILS AND BIDS RECEIVED REGARDING ALL RENOVATIONS TO THE CHIEF JUDGE'S OFFICE AT 230 PARK AVENUE, WHITE PLAINS COURT BUILDING AND COURT OF APPEALS FOR THE PERIOD JANUARY 1, 2016 TO THE PRESENT.

2.) COPIES OF ALL INVOICES, CONTRACTS, EMAILS AND BIDS RECEIVED REGARDING ALL RENOVATIONS TO THE CHIEF JUDGE'S HOME IN BRONXVILLE AND LONG ISLAND THAT WERE PAID FOR WITH STATE FUNDS FOR THE PERIOD JANUARY 1, 2016 TO THE PRESENT.

YOURS TRULY,

DENNIS W. QUIRK
PRESIDENT

# NEW YORK STATE COURT OFFICERS ASSOCIATION

OFFICE OF THE PRESIDENT

   

NOVEMBER 4, 2019

MS. SHAWN KERBY
ASSISTANT DEPUTY COUNSEL
OFFICE OF COURT ADMINISTRATION
25 BEAVER STREET
NEW YORK, NEW YORK 10004

DEAR MS. KERBY:

ENCLOSED HEREIN PLEASE FIND COPIES OF LETTERS DATED NOVEMBER 20, 2018, JANUARY 29, 2019 AND AUGUST 6, 2019 REGARDING COURT OFFICERS GUARDING THE PERSONAL RESIDENCES OF THE CHIEF JUDGE IN BRONXVILLE AND LONG ISLAND.

WE ARE PREPARED TO MOVE IN COURT TO OBTAIN THESE RECORDS.

YOURS TRULY,

DENNIS W. QUIRK
PRESIDENT

321 BROADWAY, SUITE 600, NEW YORK, NY 10007 • PHONE (212) 608-1124 • FAX (212) 406-1495

# NEW YORK STATE COURT OFFICERS ASSOCIATION

OFFICE OF THE PRESIDENT

   

AUGUST 6, 2019

MS. SHAWN KERBY
ASSISTANT DEPUTY COUNSEL
OFFICE OF COURT ADMINISTRATION
25 BEAVER STREET
NEW YORK, NEW YORK 10004

DEAR MS. KERBY:

ENCLOSED HEREIN PLEASE FIND COPIES OF LETTERS DATED NOVEMBER 20, 2018 AND JANUARY 29, 2019 REGARDING COURT OFFICERS GUARDING THE PERSONAL RESIDENCES OF THE CHIEF JUDGE.

YOUR CONTINUED REFUSAL TO PROVIDE THE REQUESTED INFORMATION IS A VIOLATION OF LAW.

YOURS TRULY,

DENNIS W. QUIRK
PRESIDENT

321 BROADWAY, SUITE 600, NEW YORK, NY 10007 • PHONE (212) 608-1124 • FAX (212) 406-1495

# NEW YORK STATE COURT OFFICERS ASSOCIATION

OFFICE OF THE PRESIDENT

   

JANUARY 29, 2019

MS. SHAWN KERBY
ASSISTANT DEPUTY COUNSEL
OFFICE OF COURT ADMINISTRATION
25 BEAVER STREET
NEW YORK, NEW YORK 10004

DEAR MS. KERBY:

ENCLOSED HEREIN PLEASE FIND COPY OF MY LETTER DATED NOVEMBER 21, 2018 REGARDING COURT OFFICERS GUARDING THE CHIEF JUDGES' PERSONAL RESIDENCE IN BRONXVILLE AND THE HAMPTONS.

I REQUEST YOUR IMMEDIATE ATTENTION IN THIS MATTER.

YOURS TRULY,

DENNIS W. QUIRK
PRESIDENT

CC: HON. JANET DiFIORE
HON. LAWRENCE MARKS

321 BROADWAY, SUITE 600, NEW YORK, NY 10007 · PHONE (212) 608-1124 · FAX (212) 406-1495

# NEW YORK STATE COURT OFFICERS ASSOCIATION

OFFICE OF THE PRESIDENT

   

NOVEMBER 20, 2018

MS. SHAWN KERBY
ASSISTANT DEPUTY COUNSEL
OFFICE OF COURT ADMINISTRATION
25 BEAVER STREET
NEW YORK, NEW YORK 10004

DEAR MS. KERBY:

PURSUANT TO THE FREEDOM OF INFORMATION (FOIL) I REQUEST THE FOLLOWING RECORDS:

1.) COPIES OF EMAILS, LETTERS AND ANY OTHER ITEMS REGARDING THE CHANGE IN SCHEDULES FOR COURT OFFICERS GUARDING THE CHIEF JUDGE'S PERSONAL RESIDENCE IN BRONXVILLE AND THE HAMPTONS.

YOURS TRULY,

DENNIS W. QUIRK
PRESIDENT

CC: HON. LAWRENCE MARKS
HON. GEORGE SILVER

321 BROADWAY, SUITE 600, NEW YORK, NY 10007 · PHONE (212) 608-1124 · FAX (212) 406-1495

# NEW YORK STATE COURT OFFICERS ASSOCIATION

OFFICE OF THE PRESIDENT

   

NOVEMBER 4, 2019

MS. SHAWN KERBY
ASSISTANT DEPUTY COUNSEL
OFFICE OF COURT ADMINISTRATION
25 BEAVER STREET
NEW YORK, NEW YORK 10004

DEAR MS. KERBY:

ENCLOSED HEREIN PLEASE FIND COPIES OF LETTERS DATED NOVEMBER 14, 2018, JANUARY 29, 2019 AND AUGUST 6, 2019 REGARDING VEHICLES ASSIGNED TO THE CHIEF JUDGE AND SRT.

YOUR CONTINUED REFUSAL TO PROVIDE THE REQUESTED INFORMATION PURSUANT TO THE FREEDOM OF INFORMATION IS A VIOLATION OF LAW.

WE ARE PREPARED TO MOVE IN COURT TO OBTAIN THESE RECORDS.

YOURS TRULY,

DENNIS W. QUIRK
PRESIDENT

321 BROADWAY, SUITE 600, NEW YORK, NY 10007 · PHONE (212) 608-1124 · FAX (212) 406-1495

# NEW YORK STATE COURT OFFICERS ASSOCIATION

OFFICE OF THE PRESIDENT

   

AUGUST 6, 2019

MS. SHAWN KERBY
ASSISTANT DEPUTY COUNSEL
OFFICE OF COURT ADMINISTRATION
25 BEAVER STREET
NEW YORK, NEW YORK 10004

DEAR MS. KERBY:

ENCLOSED HEREIN PLEASE FIND COPIES OF LETTERS DATED NOVEMBER 14, 2018 AND JANUARY 29, 2019 REGARDING VEHICLES ASSIGNED TO THE CHIEF JUDGE AND SRT.

YOUR CONTINUED REFUSAL TO PROVIDE THE REQUESTED INFORMATION IS A VIOLATION OF LAW.

YOURS TRULY,

DENNIS W. QUIRK
PRESIDENT

# NEW YORK STATE COURT OFFICERS ASSOCIATION

OFFICE OF THE PRESIDENT

   

JANUARY 29, 2019

MS. SHAWN KERBY
ASSISTANT DEPUTY COUNSEL
OFFICE OF COURT ADMINISTRATION
25 BEAVER STREET
NEW YORK, NEW YORK 10004

DEAR MS. KERBY:

ENCLOSED HEREIN PLEASE FIND COPY OF MY LETTER DATED NOVEMBER 14, 2018 REGARDING COPIES OF LEASES, EQUIPMENT AND REPAIR BILLS FOR ALL VEHICLES ASSIGNED TO THE CHIEF JUDGE INCLUDING SRT.

I REQUEST YOUR IMMEDIATE ATTENTION IN THIS MATTER.

YOURS TRULY,

DENNIS W. QUIRK
PRESIDENT

CC:   HON. JANET DiFIORE
      HON. LAWRENCE MARKS

# NEW YORK STATE COURT OFFICERS ASSOCIATION

OFFICE OF THE PRESIDENT

   

NOVEMBER 14, 2018

MS. SHAWN KERBY
ASSISTANT DEPUTY COUNSEL
OFFICE OF COURT ADMINISTRATION
25 BEAVER STREET
NEW YORK, NEW YORK 10004

DEAR MS. KERBY:

PURSUANT TO THE FREEDOM OF INFORMATION (FOIL) I REQUEST THE FOLLOWING RECORDS:

1.) COPIES OF PURCHASE AGREEMENTS AND/OR LEASES FOR ALL VEHICLES USED BY THE CHIEF JUDGE INCLUDING ALL VEHICLES USED BY SRT WHILE GUARDING HER RESIDENCES IN BRONXVILLE AND THE HAMPTONS.

2.) COPIES OF ALL INVOICES AND VOUCHERS FOR ALL EQUIPMENT INSTALLED IN THE ABOVE CARS.

3.) COPIES OF ALL REPAIR BILLS FOR THE ABOVE VEHICLES FOR THE PAST 30 MONTHS.

YOURS TRULY,

DENNIS W. QUIRK
PRESIDENT

CC:   CHIEF JUDGE
      CHIEF ADMINISTRATIVE JUDGE

321 BROADWAY, SUITE 600, NEW YORK, NY 10007 · PHONE (212) 608-1124 · FAX (212) 406-1495

# NEW YORK STATE COURT OFFICERS ASSOCIATION

OFFICE OF THE PRESIDENT

   

NOVEMBER 4, 2019

MS. SHAWN KERBY
ASSISTANT DEPUTY COUNSEL
OFFICE OF COURT ADMINISTRATION
25 BEAVER STREET
NEW YORK, NEW YORK 10004

DEAR MS. KERBY:

ENCLOSED HEREIN PLEASE FIND COPIES OF LETTERS DATED NOVEMBER 14, 2018, JANUARY 29, 2019 AND AUGUST 6, 2019 REGARDING THE PURCHASE AND LEASE OF ALL VEHICLES ASSIGNED TO THE COURT OF APPEALS AND COPIES OF ALL CREDIT CARD STATEMENTS AND VOUCHERS FOR ALL FOOD AND BEVERAGE ON SITE AND OFF SITE FOR THE PERIOD JANUARY 1, 2016 TO THE PRESENT.

YOUR CONTINUED REFUSAL TO PROVIDE THE REQUESTED INFORMATION PURSUANT TO THE FREEDOM OF INFORMATION IS A VIOLATION OF LAW.

WE ARE PREPARED TO MOVE IN COURT TO OBTAIN THESE RECORDS.

YOURS TRULY,

DENNIS W. QUIRK
PRESIDENT

321 BROADWAY, SUITE 600, NEW YORK, NY 10007 · PHONE (212) 608-1124 · FAX (212) 406-1495

# NEW YORK STATE COURT OFFICERS ASSOCIATION

OFFICE OF THE PRESIDENT

   

AUGUST 6, 2019

MS. SHAWN KERBY
ASSISTANT DEPUTY COUNSEL
OFFICE OF COURT ADMINISTRATION
25 BEAVER STREET
NEW YORK, NEW YORK 10004

DEAR MS. KERBY:

ENCLOSED HEREIN PLEASE FIND COPIES OF LETTERS DATED NOVEMBER 14, 2018 AND JANUARY 29, 2019 REGARDING THE PURCHASE AND LEASE OF ALL VEHICLES ASSIGNED TO THE COURT OF APPEALS AND COPIES OF CREDIT CARDS AND VOUCHERS FOR ALL FOOD AND BEVERAGES ON SITE AND OFF SITE.

YOUR CONTINUED REFUSAL TO PROVIDE THE REQUESTED INFORMATION IS A VIOLATION OF LAW.

YOURS TRULY,

DENNIS W. QUIRK
PRESIDENT

321 BROADWAY, SUITE 600, NEW YORK, NY 10007 · PHONE (212) 608-1124 · FAX (212) 406-1495

# NEW YORK STATE COURT OFFICERS ASSOCIATION

OFFICE OF THE PRESIDENT

   

(4)

JANUARY 29, 2019

MS. SHAWN KERBY
ASSISTANT DEPUTY COUNSEL
OFFICE OF COURT ADMINISTRATION
25 BEAVER STREET
NEW YORK, NEW YORK 10004

DEAR MS. KERBY:

ENCLOSED HEREIN PLEASE FIND COPY OF MY LETTER DATED NOVEMBER 14, 2018 REGARDING THE PURCHASE AND LEASE OF ALL VEHICLES ASSIGNED TO THE COURT OF APPEALS AND COPIES OF CREDIT CARDS AND VOUCHERS FOR ALL FOOD AND BEVERAGES ON SITE AND OFF SITE.

I REQUEST YOUR IMMEDIATE ATTENTION IN THIS MATTER.

YOURS TRULY,

DENNIS W. QUIRK
PRESIDENT

CC: HON. JANET DiFIORE
HON. LAWRENCE MARKS

321 BROADWAY, SUITE 600, NEW YORK, NY 10007 · PHONE (212) 608-1124 · FAX (212) 406-1495

# NEW YORK STATE COURT OFFICERS ASSOCIATION

OFFICE OF THE PRESIDENT

   

NOVEMBER 14, 2018

MS. SHAWN KERBY
ASSISTANT DEPUTY COUNSEL
OFFICE OF COURT ADMINISTRATION
25 BEAVER STREET
NEW YORK, NEW YORK 10004

DEAR MS. KERBY:

PURSUANT TO THE FREEDOM OF INFORMATION (FOIL) I REQUEST THE FOLLOWING RECORDS:

1.) COPIES OF ALL PURCHASE AGREEMENTS AND/OR LEASES FOR ALL VEHICLES ASSIGNED TO THE COURT OF APPEALS INCLUDING ANY VEHICLE ASSIGNED TO A JUDGE AND/OR ANY NON JUDICIAL EMPLOYEE.

2.) COPIES OF ALL BILLS, CREDIT CARDS AND VOUCHERS FOR FOOD AND BEVERAGES PURCHASED BY THE COURT OF APPEALS ON SITE AND OFF SITE.

YOURS TRULY,

DENNIS W. QUIRK
PRESIDENT

cc: CHIEF JUDGE
CHIEF ADMINISTRATIVE JUDGE

321 BROADWAY, SUITE 600, NEW YORK, NY 10007 · PHONE (212) 608-1124 · FAX (212) 406-1495