**EXHIBIT 2**

# NEW YORK STATE COURT OFFICERS ASSOCIATION

OFFICE OF THE PRESIDENT

   

March 16, 2020

Hon. Janet DiFiore
Chief Judge
NYS Court of Appeals
20 Eagle Street
Albany, New York  12207

Dear Hon. DiFiore:

Enclosed herein please find copy of email dated March 12, 2020.

There is a severe shortage of hand sanitizer, paper towels, masks and no wipes to clean and sanitize the x ray machines, magnetometers, locker rooms etc.

Also, the court buildings are not cleaned properly.

Your immediate attention is requested.

Yours truly,

Dennis W. Quirk
President

321 BROADWAY, SUITE 600, NEW YORK, NY 10007 · PHONE (212) 608-1124 · FAX (212) 406-1495

Subject: **CORONAVIRUS**
Date: 3/12/2020 1:11:43 PM Eastern Standard Time
From: NYSCOA@AOL.COM
To: cgrima11@nycourts.gov, nmaglian@nycourts.gov, michaelcs3420@gmail.com, gjsilver@nycourts.gov, jbarry@nycourts.gov, dhanley@nycourts.gov, jeruiz@nycourts.gov, acannata@nycourts.gov, tamaker@nycourts.gov, arazzaq@nycourts.gov, tkantor@nyscoa.org, smikos@nyscoa.org, TJHIC24@aol.com, LFD250@YAHOO.COM

There is a shortage of hand sanitizer, paper towels and masks . Locker rooms are not being cleaned PROPERLY EVERY DAY AND COURT ROOMS ARE BEING CLEANED PROPERLY. Also 9 Family court officers were just sent home today to see a doctor because they were exposed to someone with the virus . Who is going to pay their medical bill . Dennis
Sent from my iPhone