UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

DENNIS W. QUIRK, as president of and on behalf of the
New York State Court Officers Association,

                    Plaintiff,

           -against-                           Case No. 20 Civ. 5027 (JPO)

HONORABLE JANET DIFIORE, Chief Judge of the      **NOTICE OF MOTION**
State of New York, NEW YORK STATE OFFICE OF      **TO DISMISS**
COURT ADMINISTRATION, and JOHN DOE 1-5,

                    Defendants.
-------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law,

Defendant New York State Office of Court Administration and the Chief Judge of the New York

State Court of Appeals, to the extent sued in her official capacity, will move this Court before the

Honorable J. Paul Oetken, at the Thurgood Marshall United States Courthouse, 40 Foley Square,

New York, New York, 10005, at such date and time as the Court may appoint, for an order

pursuant to Rule 12(b) (1) and (6) of the Federal Rules of Civil Procedure dismissing the

Complaint in its entirety and with prejudice, together with such other and further relief as the

Court may deem just and proper.

Dated: New York, New York
       March 12, 2021

                                  EILEEN D. MILLETT
                                  Attorney for Defendant OCA
                                  Counsel's Office
                                  25 Beaver Street – Room 1170
                                  New York, New York 10004
                                  (212) 428-2150
                                  By: _____
                                      Lisa Evans
                                    Assistant Deputy Counsel