UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENNIS QUIRK, as president of and on behalf of
the New York State Court Officers Association,

                              Plaintiff,

        -against-

HONORABLE JANET DIFIORE, Chief Judge
of the State of New York, NEW YORK STATE
OFFICE OF COURT ADMINISTRATION and
JOHN DOE 1-5,

                              Defendants.

---

20 Civ. 5027 (JPO)

**REPLY DECLARATION OF
LISA M. EVANS IN SUPPORT
OF THE OFFICE OF COURT
ADMINISTRATION'S MOTION
TO DISMISS AND IN
OPPOSITION TO PLAINTIFF'S
MOTION TO AMEND**

I, Lisa M. Evans, hereby declare as follows: pursuant to 28 U.S.C. §1746:

1.      I am a member of the Bar of the State of New York, and am admitted to

practice in this District. I serve as an Assistant Deputy Counsel for the New York State Office of

Court Administration. I represent the New York State Office of Court Administration in this

action.

2.      I submit this Reply Declaration in further support of Defendant OCA's

motion to dismiss (ECF No.63), and in opposition tom Plaintiff's motion to amend (ECF No.

72), for the purpose of submitting relevant portions of the Collective Bargaining Agreement

between the New York State Unified Court System and the New York State Court Officers

Association (the Agreement), of which this Court can take judicial notice of as a public

document.

3.      Attached as Exhibit 1 is the relevant portion of the Agreement

(Disciplinary Procedures, pp. 64-69. This document is maintained by the New York State Unified

Court System.

Dated: New York, New York
      May 14, 2021

Lisa M. Evans