**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DENNIS W. QUIRK, as president of and on
behalf of the New York State Courts
Officers Association,

                Plaintiff,                20 **CIVIL** 5027 (JPO)

    -against-                  **JUDGMENT**

HONORABLE JANET DIFIORE, Chief
Judge of the State of New York, et al.,

                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 28, 2022, Chief Judge DiFiore's and OCA's motions to dismiss are GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           January 28, 2022

                                                  **RUBY J. KRAJICK**
                                                      Clerk of Court
                                      **BY:**
                                                        Deputy Clerk